ANTHONY FERRIGNO ET AL. *v.* BREAKWATER KEY, INC.
(6604)

BORDEN, O'CONNELL and STOUGHTON, Js.

Argued November 2—decision released November 17, 1988

*James M. Nugent,* with whom, on the brief, was *Ira B. Charmoy,* for the appellant (defendant).

*Matthew B. Woods,* with whom, on the brief, were *Philip Baroff* and *Jonathan J. Klein,* for the appellees (plaintiffs).

PER CURIAM. There is no error.